

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00341-CV

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO**
& Sarosh Management, LLC d/b/a A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17596
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee, East Central Independent School District, recover its costs of appeal from Appellants, Board of Adjustment for City of San Antonio and Sarosh Management, LLC d/b/a A-Z Food Mart, and from Freddy B. Ruiz and Mayo J. Galindo, as sureties on Appellants' supersedeas bond; provided, however, that the maximum amount that Appellee can recover from the sureties in accordance with this judgment is $2,000.00.

SIGNED March 18, 2015.



Patricia O. Alvarez, Justice